IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: | ) Case No.: 15-43594 |
| | ) |
| Maria Alonzo | ) Chapter 13 |
| | ) |
| Debtor(s) | ) Judge: Cassling |

### AFFIDAVIT IN SUPPORT OF IMPOSING THE AUTOMATIC STAY

I, Maria Alonzo, state that:

1) Within the last year, I acknowledge that I filed two Chapter 13 Bankruptcy cases that were dismissed. The prior case number 15-32293 was dismissed on 10/16/2015 due to the Trustee's Motion to Dismiss for failure to make trustee payments and not all the required schedules were filed and the prior case 14-35462 was dismissed 5/22/2015 for failure to make trustee payments.
2) In the prior case, I fell behind on the trustee payments because I lost my job and was unemployed.
3) In the instant case, I am now employed and bringing in a steady income.
4) In the prior case, I filed my Bankruptcy case pro se without an attorney and did not file all the required schedules.
5) In the instant case, I am represented by competent legal counsel and my attorney has filed all required schedules.
6) In the instant case I have a change in circumstances, I am working now and am represented by an attorney and I can afford to make the monthly trustee's payments in a feasible Chapter 13 Plan.

_/s/ Maria Alonzo_
Maria Alonzo

Subscribed and sworn to before me this 12th day of January, 2016.

_/s/ Anna Farkas_
Notary Public

My commission expires  1 / 12 , 2016.

OFFICIAL SEAL
ANNA FARKAS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:1/12/16