UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  15-43594 |
| Maria Alonzo | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

**ORDER IMPOSING THE AUTOMATIC STAY**

THIS MATTER coming to be heard on the MOTION TO IMPOSE THE AUTOMATIC STAY, the Court having jurisdiction, with due notice having been given to all parties in interest; pursuant to SECTION 11 USC 362(c)(3)(b) and the Court orders as follows:

1. Motion to impose the automatic stay is hereby granted.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  January 22, 2016

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd.
4131 Main St,
Skokie, IL 60076
Phone: (847) 673-8600